

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

January 30, 2020

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

> Re: ***United States v. Aldair Beltran, Hiram Feliz,***
> **20 Mag. 1093**

Dear Judge McCarthy,

The Government respectfully requests that the currently sealed complaint in the above referenced case be unsealed in advance of the defendant's presentment.

Very truly yours,

GEOFFREY S. BERMAN
United States Attorney

by: _____
Benjamin A. Gianforti
Assistant United States Attorney
(914) 993-1919

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy   1-30-2020