# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### 300 QUARROPAS STREET
### WHITE PLAINS, NEW YORK 10601
### 914 390 4130

Chambers of
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                       Plaintiff,              **ORDER**

       -against-                     20 MJ 1093

ALDAIR BELTRAN,

                      Defendant.
--------------------------------------------------------X

TO ALL PARTIES:

The Court has received a request for a Bail Hearing in this matter. Defendant's counsel is ordered to submit a letter in support of the bail application at least 24 hours ahead of any scheduled bail hearing. The Government's counsel is ordered to submit a letter in opposition to the bail application at least 12 hours before the scheduled hearing.

Dated: April 7, 2020
       White Plains, New York

SO ORDERED:

_____
Hon. Lisa Margaret Smith
U.S.M.J.